IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**KRISTEN BRINKERHOFF, et al.** : CASE NO. 3:20cv163

    **Plaintiffs,** :

                              **JUDGE WALTER H. RICE**

**v.** :

**EVENFLO COMPANY, INC.** :

    **Defendant.** :

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

*/s/ Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Transferred to MDL Court.